UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-0167-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADRIAN BERNARD GRIFFIN | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Docket Entry 53 be unsealed. The clerk is directed to unseal this docket entry.

SO ORDERED this _15_ day of March, 2018.

TERRENCE W. BOYLE
United States District Court Judge